■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN KORTRIGHT, Appellant. [626 NYS2d 967] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered September 8, 1992, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish beyond a reasonable doubt that the defendant acted in concert with others to commit murder.

Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's sentence is neither unduly harsh nor excessive (see, People v Suitte, 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Thompson, J. P., Santucci, Friedmann and Florio, JJ., concur.